## GRANT vs. BEALL.

THIS case came up originally by way of *appeal* from Allegany county court. It was an action of *assumpsit.* The declaration contained sundry counts, viz. *sundry matters; money had and received; money laid out and expended; use and occupation* of a tenement; and *indebitatus assumpsit* for 205l. The defendant pleaded *non assumpsit* and the act of *limitations*—Issues were joined.

1. The plaintiff, *(Grant,)* at the trial in the county court, produced one *Simeon Hendrickson* as a witness, who after being sworn in chief, discovered by his own testimony that he was a tenant on the land of the plaintiff, by virtue of an agreement made between him and the defendant; that he had paid all his rents to the defendant, and then had the defendant's receipts for the money paid. After this was disclosed by the witness, the defendant, by his counsel, objected to the witness as incompetent to give evidence in this cause, and prayed the opinion of the court thereon. The county court, [*Craik*, Ch. J.] determined that the said *Hendrickson* was incompetent as a witness. The plaintiff excepted, and the verdict being against him, he prosecuted an appeal to this court.

THE GENERAL COURT, at May term, 1798. *reversed* the judgment of the county court, and under the *second section* of the act of 1790, *ch.* 42, *retained* the action for trial in this court. At this term, (October 1799,) the cause came on for trial, when

2. The plaintiff gave evidence to the jury, that the defendant, as his agent, had received the sum of 78l. for the rent of certain lands belonging to him the plaintiff, and which the defendant had rented out for him. The defendant proved that 40l. 14s. 0d. part of the said sum of 78l. had been received by him the defendant, for the plaintiff, more than three years next before the impetration of the original writ of the plaintiff in this case impetrated. The plaintiff offered no evidence of any demand by him made upon the defendant for the said sum of 78l. or any part thereof, previous to the bringing of this suit, nor did he offer any evidence of any assumpsit made by the defendant to pay the money by him so received as aforesaid to the plaintiff, except the assumpsit which the law in this case implies.

The defendant prayed the opinion of the court, and their direction to the jury, that the plaintiff, upon the issues joined, could not recover for any sum or sums of money, but such as the plaintiff proved he the defendant

had received for him within three years next before the impetration of the writ in this case impetrated.

CHASE, Ch. J. *(a)* The court are of opinion, that the statute of limitations in this case does not bar any part of the claim of the plaintiff as above proved. and refuse to give the direction to the jury as prayed. The defendant excepted, and appealed to the Court of Appeals. The Court of Appeals, at June term 1801, *affirmed* the judgment of the General Court.

*Johnson,* for the plaintiff.
*Mason* and *Clagett,* for the defendant.